See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**George V. FULLER, Appellant**

**v.**

**Robert D. OKUN, Judge, Superior Court of the District of Columbia and District of Columbia, Appellees**

**No. 16-7110**
**September Term, 2016**

United States Court of Appeals,
District of Columbia Circuit.

Filed: 12/13/2016

George V. Fuller, Pro Se.

Loren L. AliKhan, Deputy Solicitor General, Office of the Attorney General, District of Columbia, Office of the Solicitor General, Washington, DC, for Defendants–Appellees.

BEFORE: Kavanaugh and Millett, Circuit Judges, and Ginsburg, Senior Circuit Judge

**JUDGMENT**

Per Curiam

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order entered August 18, 2016 be affirmed. The Superior Court dismissed the complaint against appellant and, in any event, under the circumstances presented here, the district court correctly determined that the Superior Court judge is immune from liability for damages. See Forrester v. White, 484 U.S. 219, 225–27, 108 S.Ct. 538, 98 L.Ed.2d 555 (1988); Stump v. Sparkman, 435 U.S. 349, 355–56, 98 S.Ct. 1099, 55 L.Ed.2d 331 (1978).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.